# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN  
THOMAS H. NOOTER*  
LEE A. GINSBERG

75 MAIDEN LANE  
SUITE 503  
NEW YORK, N.Y. 10038

*NY AND CALIF. BARS

(212) 608-0808  
TELECOPIER (212) 962-9696

February 25, 2020

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*  
Paul G. Gardephe, U.S.D.J.

Dated: *February 27, 2020*

Honorable Paul G. Gardephe  
United States District Judge  
Southern District of New York  
Thurgood Marshal Courthouse  
40 Foley Square  
New York, NY 10007

<u>Letter Motion</u>  
<u>Consent One-Time Bail Modification Request</u>

RE: <u>United States v. Omar Jaata, 18 Cr. 162 (PGG)</u>

Your Honor:

I am writing to request permission for my client to be able to travel outside of the United States to his home country, The Gambia, for about one week, from March 6, 2020, returning to New York on March 14, 2020 (dates are approximate as he has not purchased a ticket yet). The reason is 1) he wants to be able to attend the memorial service for his grandmother who died recently, which is to be held on March 8, 2020, 2) to see his wife, whom he has not seen since his arrest, and 3) to see his mother, who lives in The Gambia and has recently had her food amputated due to diabetes. He will be in is Tujereng Village, Kombo South, Western Region, The Gambia, which is about 45 minutes from the capitol.

Mr. Jaata is a citizen of the United States so there is no immigration complication as far as his returning to the United States.

I have conferred with AUSA Jason Richman and he has no objection to this request. I have also conferred with his Pre-Trial Services Officer, Francesca Tessier-Miller, and she also has no objection to this request.

-1-

      As part of this request I ask that the Court permit Pre-Trial Services to release Mr. Jaata's passport to him so that he can make the travel arrangements and make the trip, on condition that he return it to Pre-Trial Services on the next business day after he returns to the United States.

      Thank you very much for Your Honor's consideration of this request.

                                                   Sincerely,

                                             */s/ Thomas H. Nooter*
                                          Attorney for Defendant

cc:    AUSA Jason Richman, by ECF
        U.S. Pre-Trial Services Officer Francesca Tessier-Miller
        Karloff C. Commissiong, Esq. (Co-counsel)