UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

OMAR JAATA,

Defendant.

**ORDER**

18 Cr. 162 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled in this matter for October 25, 2021 will now take place on **November 9, 2021 at 10:00 a.m.** by telephone.

Both Thomas Nooter and Karloff Commissiong are expected to attend the conference. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code

Dated: New York, New York
       October 22, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge