UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

OMAR JAATA,

Defendant.

**ORDER**

18 Cr. 162 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled in this matter for November 9, 2021 at 10:00 a.m. is adjourned to **November 9, 2021 at 1:00 p.m.** by telephone.

Both Thomas Nooter and Kaloff Commissiong are expected to attend the conference, along with Mr. Jaata.  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.

Dated:  New York, New York
        November 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge