UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| – v.– | **ORDER** |
| OMAR JAATA, | 18 Cr. 162 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons discussed at today's conference, Defendant Omar Jaata's current counsel, Thomas Nooter and Karloff Commissiong, are relieved. The Government is directed to arrange for the appointment of substitute counsel pursuant to the Criminal Justice Act.

      The Defendant's sentencing will take place on **February 24, 2022 at 4:40 p.m.** Any submissions on behalf of the Defendant are due on February 3, 2022. Any submission by the Government is due on February 10, 2022.

Dated: New York, New York
       November 9, 2021

                                            SO ORDERED.

                                            _____
                                            Paul G. Gardephe
                                            United States District Judge