UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        - against -<br><br>OMAR JAATA,<br><br>        Defendant. | **ORDER**<br><br>18 Cr. 162 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Omar Jaata's surrender date, currently scheduled for April 25, 2022, is extended to May 2, 2022. Jaata's motion to remain on bail pending appeal (see Dkt. No. 86) will be addressed in a forthcoming order.

Dated:  New York, New York
         April 20, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge